**Order entered January 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00615-CR**
**No. 05-13-00616-CR**

**ROBERT IVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-34069-X, F12-19082-X**

## ORDER

The Court **REINSTATES** the appeals.

On October 14, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have now received the records. Therefore, in the interest of expediting the appeals, we **VACATE** the October 14, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
         JUSTICE